UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHELLE LUONGO AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ASHLEY FORWARD, <br>     Plaintiff, <br><br> v. <br><br> THE TOWN OF SAUGUS, OFFICER SEAN MURPHY, SERGEANT MICHAEL RICHARDS &WILLIAM LEGER, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Docket No. 1:24-cv-12311 |

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(a)**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioners, Town of Saugus, Officer Sean Murphy & Sergeant Michael Richards, respectfully petition this Court for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, from the Superior Court of the Commonwealth of Massachusetts in and for Middlesex County, and for their Notice of Removal state as follows:

1.  Town of Saugus, Officer Sean Murphy & Sergeant Michael Richards are named as defendants by the plaintiff, _Michelle Luongo, as Personal Representative of the Estate of Ashley Forward vs. Town of Saugus et al. Middlesex Superior Court, C.A. No. 2481CV01476_ on August 19, 2024, the defendant, Town of Saugus received a copy of plaintiff's Complaint. Copies of the Summons and Complaint served are attached hereto as Exhibits "A" and "B," respectively. The defendants have not yet Answered plaintiff's Complaint.

1

2. This is a suit of a wholly civil nature brought in a Massachusetts state court. The action is pending in Middlesex County, Massachusetts, and, accordingly, under 28 U.S.C. §§ 101 & 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3. In this action, the plaintiff alleges, among other things, that the defendants violated her federal civil rights.

4. In Count III of her Complaint, the plaintiff seeks recovery against the defendants under 42 U.S.C. § 1983.

5. Because this case involves claims for relief brought under federal law, the District Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

6. The defendants are filing this Notice within thirty days of receipt of a copy of the Complaint, within thirty days of the date this case became removable, and within the statutory time period for filing this petition. See 28 U.S.C. § 1446.

7. The defendants will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Middlesex.

8. Pursuant to Local Rule 81.1(a), the petitioners shall request of the Clerk of the Superior Court of Massachusetts, County of Middlesex, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein and shall file the same with this Court within thirty days after the filing of this Notice of Removal.

9.      Consent to remove has been obtained from all defendants named in this action who have been served with the Complaint, with the exception of Defendant William Ledger, who has not yet retained counsel who has entered an appearance.

WHEREFORE, the petitioners, Town of Saugus, Officer Sean Murphy & Sergeant Michael Richards, pray that the above action now pending in the Superior Court of the Commonwealth of Massachusetts in and for Middlesex County be removed from that Court to this United States District Court.

Respectfully submitted,

The Defendants,
Town of Saugus, Officer Sean Murphy
& Sergeant Michael Richards,
By their Attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

*/s/ Daniel G. Skrip*
Daniel G. Skrip, BBO #629784
Steven Sroczynski, BBO #680387
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
dskrip@piercedavis.com
ssroczynski@piercedavis.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of September 2024.

*/s/ Daniel G. Skrip*

Daniel G. Skrip